Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

26 AUG 12 AM 10: 48

# UNITED STATES DISTRICT COURT

for the

District of _____ Colorado

_____ Division

| | | |
|---|---|---|
| Suzanne L Juarez | ) | Case No. _____ |
| | ) | |
| | ) | *(to be filled in by the Clerk's Office)* |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☑Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| United Healthcare (see attached) | ) | |
| United States Attorney District of Colorado | ) | |
| Attorney General of the United States | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Suzanne L Juarez |
| Street Address | 1927 Denver West Ct, #1912 |
| City and County | Golden,  Jefferson County |
| State and Zip Code | Colorado  80401 |
| Telephone Number | 303-905-2181 |
| E-mail Address | sljuarez@msn.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | United Healthcare |
| Job or Title *(if known)* | CEO |
| Street Address | PO Box 30770 |
| City and County | Salt Lake City  Salt Lake County |
| State and Zip Code | Utah  84130-0070 |
| Telephone Number | (844) 280-7754 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | United States Attorney's Office, District of Colorado |
| Job or Title *(if known)* | Civil Process Clerk |
| Street Address | 1801 California St, #1600 |
| City and County | Denver  Denver |
| State and Zip Code | Colorado  80202 |
| Telephone Number | (303) 454-0100 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Attorney General of the United States, US Dept of Justice |
| Job or Title *(if known)* | Attorney General, Tod Blance |
| Street Address | 950 Pennsyvania Ave, NW, |
| City and County | Washington   County Equivalent |
| State and Zip Code | DC  20530-0001 |
| Telephone Number | (202) 514-2000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Robert F. Kennedy, Jr. |
| Job or Title *(if known)* | US Secretary of Health and Human Services |
| Street Address | Hubert H Humphrey Bldg, 200 Independence Ave, SW |
| City and County | Washington County Equivalent |
| State and Zip Code | DC  20530-0001 |
| Telephone Number | 877-696-6775 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This action if brought pursuant to Section 205(g) of the Social Security Act, 42 USC 405(g), as made applicable to the Medicare program under 42 USC, 1395ff(b)(1)(A), to review a final decision of the Defendant, the Secretary of the Department of Health and Human Services, denying Medicare coverage to the Plantiff. Venue is proper in this district under 42 USC 405(g) because the Plantiff resides in Golden, Jefferson County, Colorado.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of

   *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff is a Medicare beneficiary entitled to benefits under the Medicare program. On or about October 15, 2024, Plaintiff required inpatient rehabilitation services following multiple surgeries to include Plaintiff undergoing a transcervical incision and drainage (Sept 27, 2024).The Plaintiff was intubated for surgery and extubated on October 1, 2024. The records note that the Hospital course of treatment was complicated by suspected aspiration pneumonia. On October 10, 2024, the Rapid Response Team was called as Plaintiff was noted to be diaphorectic/pale otherwise asumptomatic. Vitals included a blood pressure of 63/43 and 1L of fluid bolus was ordered. A CT scan of the abdomen and neck was ordered. Based on the results (See attachment)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plantiff has exhausted all administrartive remedies and satisfies the 2026 Amount in Controversy requirement. The remaining value of the denied medical services is approximately $21,000 which greatly exceeds the statutory threshold of $1,960. Whereas, Plantiff respectfully requests that this Court: 1) Reverse the final decision of the Medicare Appeals Council; 2) Order the Defendant to grant full Medicare coverage and payment for the $21,000 in disputed inpatient rehabilitation services; and 3) Grant such other and further relief as the Court deems just and proper.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     8/12/26

Signature of Plaintiff

Printed Name of Plaintiff     Suzanne L Juarez

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

Additional items as delineated and described:   Suzanne L Juarez- Plaintiff

**Statement of Claim (cont'd)**; "that Hospital course complicated with development of mesenteric hematoma. As a result patient (Plaintiff) was transferred to ICU with a plan with Intervention Radiology to perform a coil embolization of the gastroepiploic artery which was performed."

That same evening as a result of the CT scan of the neck, it was determined that a second surgery was necessary to aid in additional drainage.  Based on these additional surgeries it changed the Plaintiff's status in the hospital thus necessitating an additional five days of recovery. None of these additional surgeries, complications and additional time in the hospital  were ever mentioned as part of the denial of pre-authorization by United Healthcare or Medicare Appeals Council.

Plaintiff's treating physicians explicitly determined that inpatient rehabilitation was medically necessary because Plaintiff required intensive, coordinated, hospital-level physical and occupational therapy that could not safely or effectively be provided in a lower-level care facility or at home. Coverage for these vital medical services was denied by the Medicare administrative contractors solely on the basis that the services were "not pre-authorized."

It should be noted that the results of an Administrative Law Judge's decision in a prior appeal was returned in the Plaintiff's favor on April 16, 2025. This decision per Judge John C Rabon, "found that the Plan was required to pre-approve the Enrollee's (Plaintiff) request for IRF (Inpatient Rehabilitation Facility services).  Furthermore, I find that the Plan is required to cover the Enrollee's IRF stay during the dates of service at issue in this appeal."

Plaintiff timely and properly appealed this denial through all required administrative levels, culminating in a request for review before the Medicare Appeals Council (July 3, 2025).  It should be noted that the Council delivered a decision on June 10, 2026, significantly past the statutory timeframe of 90-days from receipt of the request for review. Thus, by default, their decision should be null and void.

In addition to the tardy nature of the Council's decision, their final decision is not supported by substantial evidence in the administrative record. The Council committed legal error by upholding a categorical denial based strictly on a lack of prior administrative pre-authorization, completely ignoring the overwhelming clinical documentation and medical opinions of the Plaintiff's treating physicians which proved the medical necessity of the inpatient rehabilitation care.  The Council's denial is arbitrary, capricious and directly contradicts Medicare coverage guidelines governing post-acute inpatient rehabilitation hospital stays.

2.

**<u>Additions to List of Defendants</u>**- Plaintiff, Suzanne L Juarez

Add to list of Defendants:  US Secretary of Health and Human Services.

Case No. 1:26-cv-03668-RTG    Document 1    filed 08/12/26    USDC Colorado    pg 7 of 7